AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>**BLANE LEE SMITH**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 5:20-mj-00033-JLT<br><br>SAC FRESNO ROU<br><br>SEP 21 2020 9:52 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BLANE LEE SMITH
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 751(a) - Escape from Custody


Date: September 21, 2020

*Jennifer L. Thurston*
*Issuing officer's signature*

City and state:   Bakersfield, CA

Hon. Jennifer L. Thurston
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/23/20 , and the person was arrested on *(date)* 10/27/20
at *(city and state)* Grant Pass, OR

Date: 9/23/20

*Arresting officer's signature*

Tim N. Sunderson SDUSM
*Printed name and title*

Case 1:20-mj-00262-CL   Document 1   Filed 10/27/20   Page 2 of 4
Case 5:20-mj-00033-JLT   Document 1   Filed 09/21/20   Page 1 of 3

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>BLANE LEE SMITH<br><br><br><br><br>Defendant(s) | )<br>)<br>)  Case No. 5:20-mj-00033-JLT<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 8, 2020__ in the county of __Kern__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Escape<br><br>PENALTIES:<br>up to 5 years imprisonment;<br>fine of up to $250,000.00;<br>3 years of supervised release |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☑ Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 41(d)(3).

☐ Sworn to before me and signed in my presence.

Date: September 21, 2020

City and state: Bakersfield, CA

*Sean Hallenbeck*
Complainant's signature

Sean Hallenbeck, Deputy U.S. Marshal
Printed name and title

*Jennifer L. Thurston*
Judge's signature

Hon. Jennifer L. Thurston
Printed name and title

# AFFIDAVIT

I, Sean Hallenbeck, first being duly sworn, depose and state:

1. My name is Sean Hallenbeck and I have been a Deputy U.S. Marshal since October 2010. During this time, I have accumulated numerous hours working criminal investigations. I am a graduate of both the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the basic Deputy U.S. Marshal's training academy. I am currently assigned to the Eastern District of California in Bakersfield.

2. Blane Lee SMITH was serving a 37 month custodial sentence for a violation of 18 U.S.C. 922(g)(1)- Possession of a Firearm by a Prohibited Person. He was arrested for this offense on or about January 28, 2019 and sentenced in the District of Colorado on or about November 15, 2019 in case number 1:17-cr-00337-MSK-GPG-1. SMITH was designated to the Federal Correctional Institution (FCI) in Sheridan, OR where he was confined by direction of the Attorney General of the United States

3. At the request of the Kern County Superior Court, SMITH was transferred to the Kern County Jail where he was housed while addressing his state criminal case in the before mentioned Superior court.

4. On September 8, 2020 at approximately 8:30 p.m., SMITH was released in error by the Kern County Jail while still a prisoner with the Bureau of Prisons. It is believed that SMITH was aware that he was obligated to go back to the FCI in Sheridan, OR but did not inform jail staff prior to being released. Efforts have been made by the United States Marshals Service and the Kern County District Attorney's Office to locate SMITH which have not been successful. When SMITH could not be located, the Bureau of Prisons declared the defendant to be on escape status on September 10, 2020.

5. Therefore, I believe that probable cause exists to believe that Blane Lee SMITH did knowingly escape from a facility in which he was lawfully confined at the direction of the Attorney General, in violation of Title 18, United States Code, Sections 751 (a).

*Sean Hallenbeck*

Sean Hallenbeck
Deputy U.S. Marshal
United States Marshals Service

1  //
   Reviewed and Approved as to form and content
2  this 18th day of September, 2020

3  /s/ Laurel J. Montoya
   Laurel J. Montoya
4  Assistant U.S. Attorney

5

6

7

8  Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. 4.1 and 4(d) before me this __21st__ day of September, 2020.

9  /s/ Jennifer L. Thurston

10 Hon. Jennifer L. Thurston
   U.S. Magistrate Judge

AFFIDAVIT

2